# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00466-CV

**In re Sandi Sinski**

### ORIGINAL PROCEEDING FROM BLANCO COUNTY

### O R D E R

**PER CURIAM**

Relator has filed a petition for writ of mandamus and a motion to stay the underlying proceeding pending disposition of its mandamus petition. We grant the motion to stay the underlying proceeding and stay all proceedings, including transfer of the underlying cause to Potter County pursuant to the trial court's order of May 30, 2017, pending further order of this Court.

It is ordered July 14, 2017.

Before Chief Justice Rose, Justices Pemberton and Goodwin